1 | Jonathan J. Lamberson (#239107/lamberson@fr.com)
Kameron Parvin (#232349/parvin@fr.com)
2 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
3 | Redwood City, CA  94063
Telephone: (650) 839-5070
4 | Facsimile:  (650) 839-5071

5 | Stephanie A. Stevens (#236034/stephanies@lawfoundation.org)
Whitney Huston (#234863/whitneyh@lawfoundation.org)
6 | FAIR HOUSING LAW PROJECT
111 West Saint John Street, Suite 315
7 | San Jose, California 95113
Telephone: 408-280-2448
8 | Facsimile: 408-293-0106

9 | Attorneys for Plaintiff
MARTIN MEDINA
10 |
Robert E. Boone III (#132780/reboone@bryancave.com)
11 | Jed P. White (#232339/jed.white@bryancave.com)
BRYAN CAVE LLP
12 | 120 Broadway, Suite 300
Santa Monica, CA  90401-2386
13 | Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200
14 |
Attorneys for Defendant
15 | COUNTRYWIDE HOME LOANS, INC.

16 |

17 |                     UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
18 |                         (SAN JOSE DIVISION)

19 |

| | |
|---|---|
| MARTIN MEDINA, | Case No. C06-06774 JW (PVT) |
| Plaintiffs | [~~PROPOSED~~] **STIPULATED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., ROBERTO RUBEN CRUZ, LA RESIDENCIA REALTY, CARLOS AGUINAGA, CRUZ REALTY GROUP, INC., CLAUDIA ESPINO, WESTMORT CORP. dba WESTCOAST MORTGAGE, VALERIE TOUNG-VI NGUYEN, and DOES 1 TO 10, inclusive, | |
| Defendants. | |

1    WHEREAS Plaintiff Martin Medina filed his Complaint on October 31, 2006, and a First
2 Amended Complaint on December 4, 2006;
3    WHEREAS Plaintiff mailed a copy of said First Amended Complaint, along with
4 documents including a "Notice of Lawsuit and Request for Waiver of Service of Summons" to
5 each named defendant on December 18th and December 20th, 2006;
6    WHEREAS this Court issued an Order dated October 31, 2006, setting an initial case
7 management conference for February 12, 2007;
8    WHEREAS to date only one named Defendant, Defendant Countrywide Home Loans, Inc.
9 ("Countrywide"), has timely returned said Request for Waiver of Service of Summons;
10    WHEREAS Plaintiff will diligently attempt to serve the remaining defendants who did not
11 waive service of summons;
12    WHEREAS Defendant Countrywide must file a responsive pleading or motion to the First
13 Amended Complaint by February 16, 2007, four days after the scheduled Initial Case Management
14 Conference;
15    WHEREAS the remaining Defendants will not be required to answer until 20 days after
16 being served with the summons and complaint pursuant to Fed. R. Civ. P. 12;
17    AND WHEREAS this Court's Order dated October 31, 2006, stated, "If the Initial Case
18 Management Conference is continued, the other deadlines are continued accordingly;"
19    The parties request and it is HEREBY ORDERED that the date of the Initial Case
20 Management Conference is continued by 56 days, to Monday, April 9, 2006, at 10:00am, or to a
21 date and time to be determined by the Court, and that the corresponding deadlines in the Court's
22 October 31, 2006, Order Setting Initial Case Management Conference and ADR Deadlines are
23 continued accordingly.

Dated: January 26, 2007					FISH & RICHARDSON P.C.


							By:  /s/ Jonathan J. Lamberson
							     Jonathan J. Lamberson

							Attorneys for Plaintiff
							MARTIN MEDINA


Dated: January 26, 2007					BRYAN CAVE LLP


							By:  /s/ Robert E. Boone III
							     Robert E. Boone III

							Attorneys for Defendant
							COUNTRYWIDE HOME LOANS, INC.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert E. Boone III.

Dated:  January 26, 2007                FISH & RICHARDSON P.C.


By: /s/ Jonathan J. Lamberson
    Jonathan J. Lamberson

Attorneys for Plaintiff
MARTIN MEDINA

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The Inital Case Management Conference is moved to 4/09/2007 at 10:00 AM.  The Parties shall file a Joint Case Management Conference by 3/30/2007.

Dated: __1/29/2007_____                 _____
                                        James Ware
                                        Judge Of The United States District Court

50396237.DOC