1  Mona Motwani (#239677/monam@lawfoundation.org)
   Kerstin Arusha (#182624/kerstina@lawfoundation.org)
2  FAIR HOUSING LAW PROJECT
   111 West Saint John Street, Suite 315
3  San Jose, California 95113
   Telephone: (408) 280-2448
4  Facsimile:  (408) 293-0106

5  John M. Farrell (#99649/jfarrell@fr.com)
   Jonathan J. Lamberson (#239107/lamberson@fr.com)
6  Kameron Parvin (#232349/parvin@fr.com)
   FISH & RICHARDSON P.C.
7  500 Arguello Street, Suite 500
   Redwood City, California 94063
8  Telephone: (650) 839-5070
   Facsimile:  (650) 839-5071
9

10 Attorneys for Plaintiff
   MARTIN MEDINA
11

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ James Ware, Judge James Ware]

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      (SAN JOSE DIVISION)

15

16 MARTIN MEDINA,                          Case No. C06-06774 JW (PVT)

17        Plaintiff,                       STIPULATION AND [PROPOSED]
                                           ORDER ALLOWING AMENDMENT OF
18    v.                                   THE PLEADINGS AND CONTINUING
                                           CERTAIN DATES FIXED IN THE
19 COUNTRYWIDE HOME LOANS, INC.,           INITIAL CASE SCHEDULING ORDER
   ROBERTO RUBEN CRUZ, LA RESIDENCIA
20 REALTY, CARLOS AGUINAGA, CRUZ
   REALTY GROUP, INC., CLAUDIA ESPINO,
21 WESTMORT CORP. dba WESTCOAST
   MORTGAGE, VALERIE TOUNG-VI
22 NGUYEN, and DOES 1 TO 10, inclusive,

23        Defendants.

24

25     WHEREAS Plaintiff Martin Medina ("Medina") wishes to amend his complaint to drop

26 his claim of concealment against and add a claim of negligence against Defendant Countrywide

27 Home Loans, Inc. ("Countrywide");

28
                                           1

1  WHEREAS the remaining represented defendants,[1] Countrywide, Valerie Toung-Vi
2  Nguyen ("Nguyen"), and Westmort Corp. ("Westmort") do not oppose the filing of this amended
3  complaint;
4  WHEREAS in order to facilitate discovery relating to this amended pleading, the
5  represented parties wish to continue certain dates set in the initial case scheduling order entered on
6  April 3, 2007 – specifically, the dates for the disclosure of expert witnesses, the close of
7  discovery, and the deadline for dispositive motions;
8  WHEREAS the dates proposed by the represented parties will not change the date of the
9  pretrial conference, currently scheduled for June 2, 2008;
10  IT IS THEREFORE STIPULATED AND AGREED between the represented parties as
11  follows:
12  Plaintiff may file his Second Amended Complaint, attached hereto as Exhibit A;
13  Defendant Countrywide will respond or object to this amended complaint in the time
14  specified by the Federal Rules;
15  The date for the disclosure of expert witnesses shall be continued from November 26, 2007
16  to January 22, 2008;
17  The date for the disclosure of rebuttal experts shall be continued from December 10, 2007
18  to February 8, 2008;
19  The date for the close of discovery shall be continued from January 28, 2008 to March 28,
20  2008;
21  The date for the hearing of dispositive motions shall be continued from March 31, 2008 to
22  April 28, 2008;

---

[1] Attorneys for Defendants Aguinaga and Espino were dismissed in orders dated November 14, 2007. Attorney for Defendant Cruz Realty filed a motion to withdraw on October 23, 2007. A copy of this pleading has been served on the last known address of all three of these defendants.

2

1  The dates for the filing of Preliminary Pretrial Conference Statements, as well as the date
2  for the Preliminary Pretrial Conference, shall remain unchanged.

4  Dated: November 21, 2007              FISH & RICHARDSON P.C.

6                                         By:  /s/ Jonathan J. Lamberson
7                                              Jonathan J. Lamberson

8                                         Attorneys for Plaintiff
                                          MARTIN MEDINA

11 Dated: November 21, 2007              BRYAN CAVE LLP

13                                        By:  /s/ Robert E. Boone III
                                              Robert E. Boone III
14
15                                        Attorneys for Defendant
                                          COUNTRYWIDE HOME LOANS, INC.

18 Dated: November 21, 2007              LAW OFFICES OF JOHN PERKINS

20                                        By:  /s/ John S. Perkins
                                              John S. Perkins
21
22                                        Attorneys for Defendants
                                          WESTMORT CORP. dba WESTCOAST
23                                        MORTGAGE, and VALERIE TOUNG-VI
                                          NGUYEN

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Plaintiff may file his Second Amended Complaint.

Defendant Countrywide will respond or object to this amended complaint in the time specified by the Federal Rules;

The date for the disclosure of expert witnesses shall be continued from November 26, 2007 to January 22, 2008;

The date for the disclosure of rebuttal experts shall be continued from December 10, 2007 to February 8, 2008;

The date for the close of discovery shall be continued from January 28, 2008 to March 28, 2008;

The date for the hearing of dispositive motions shall be continued from March 31, 2008 to April 28, 2008;

The dates for the filing of Preliminary Pretrial Conference Statements shall remain May 22, 2008.

The date for the Preliminary Pretrial Conference shall remain June 2, 2008.

Dated: December 6, 2007

_____
The Honorable James Ware
United States District Court

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained by each of the signatories.

Dated: November 21, 2007                                  FISH & RICHARDSON P.C.


                                                          By:   /s/ Jonathan J. Lamberson
                                                                Jonathan J. Lamberson

                                                          Attorneys for Plaintiff
                                                          MARTIN MEDINA

## PROOF OF SERVICE

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On November 21, 2007, I caused a copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER ALLOWING AMENDMENT OF THE PLEADINGS AND CONTINUING CERTAIN DATES FIXED IN THE INITIAL CASE SCHEDULING ORDER**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

BY ELECTRONIC MAIL:

| | |
|---|---|
| Robert E. Boone III<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Telephone: (310) 576-2385<br>Facsimile: (310) 576-2200 | Attorneys for Defendant<br>Countrywide Home Loans, Inc. |
| Theodore R. Chavez<br>Law Offices of Theodore R. Chavez<br>160 W. Santa Clara Street, 12th Floor<br>San Jose, CA 95113<br>Telephone: (408) 993-1679<br>Facsimile: (408) 267-4535 | Attorneys for Defendants<br>Cruz Realty Group, Inc. |
| John S. Perkins<br>Law Offices of John S. Perkins<br>75 E. Santa Clara Street, Suite 1400<br>San Jose, CA 95113<br>Telephone: (408) 286-2700<br>Facsimile: (408) 947-4333 | Attorneys for Defendants<br>Valerie Toung-Vi Nguyen and Westmort Corp. dba Westcoast Mortgage |

BY U.S. MAIL:

| | |
|---|---|
| Carlos Aguinaga<br>1471 Richards Ave.<br>San Jose, CA 95125<br>Telephone: (408) 595-8048 | Defendant In Pro Per |
| Claudia Espino<br>1471 Richards Ave.<br>San Jose, CA 95125<br>Telephone: (408) 903-5638 | Defendant In Pro Per |

| | | | |
|---|---|---|---|
| 1 | [X] | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| 2 | | | |
| 3 | [ ] | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| 4 | | | |
| 5 | [ ] | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| 6 | | | |
| 7 | [X] | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| 8 | | | |
| 9 | [ ] | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| 10 | | | |
| 11 | [ ] | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
| 12 | | | |
| 13 | [ ] | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |
| 14 | | | |

   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

   I declare under penalty of perjury that the above is true and correct. Executed on November 21, 2007, at Redwood City, California.

                                          /s/ Karin Barnick
                                          Karin Barnick

50450560.doc