**BRYAN CAVE LLP**
ROBERT E. BOONE III (CA Bar No. 132780)
JED P. WHITE (CA Bar No. 232339)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
e-mail reboone@bryancave.com
jed.white@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

GRANTED
Judge James Ware

*E-Filed 1/2/2008*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN JOSE DIVISION)

| | |
|---|---|
| MARTIN MEDINA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., ROBERTO RUBEN CRUZ, LA RESIDENCIA REALTY, CARLOS AGUINAGA, CRUZ REALTY GROUP INC., CLAUDIA ESPINO, WESTMORT CORP. dba WESTCOAST MORTGAGE, VALERIA TOUNG-VI NGUYEN, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. C06-06774 JW (PVT)<br><br>**STIPULATION TO EXTEND COUNTRYWIDE HOME LOANS, INC.'S DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Local Rule 6-1(a) |

PURSUANT TO LOCAL RULE 6-1(a), counsel for plaintiff MARTIN MEDINA ("Plaintiff"), and counsel for defendant COUNTRYWIDE HOME LOANS, INC. ("Countrywide") submit this stipulation to extend the time for Countrywide to respond to Plaintiff's Second Amended Complaint ("SAC").

WHEREAS, Plaintiff electronically served its SAC on Countrywide on December 10, 2007;

1   WHEREAS, Countrywide's deadline to respond to the SAC is currently
2 December 31, 2007;
3   WHEREAS, Countrywide and Plaintiff mutually agree to extend the time for
4 Countrywide to respond to the SAC by one week to January 7, 2008;
5   WHEREAS, the extension does not alter the date of any event or any deadline
6 already fixed by Court order.  Thus, pursuant to Local Rule 6.1(a), Countrywide and
7 Plaintiff may stipulate to the extension without a Court order.
8   IT IS HEREBY STIPULATED AND AGREED by Plaintiff and
9 Countrywide, by and through their respective counsel that the last day for
10 Countrywide to respond to the Second Amended Complaint is continued to January
11 7, 2008.

Dated:  December 27, 2007           **BRYAN CAVE LLP**
                                    JED P. WHITE

                                    By:  /s/ Jed P. White
                                         Jed P. White
                                    Attorneys for Defendant
                                    COUNTRYWIDE HOME LOANS, INC.

Dated:  December 27, 2007           **FISH & RICHARDSON P.C.**
                                    JONATHAN J. LAMBERSON

                                    By:  /s/ Jonathan J. Lamberson
                                         Jonathan J. Lamberson
                                         *This document has been signed on behalf of*
                                         *Jonathan Lamberson at his request*
                                    Attorneys for Plaintiff
                                    MARTIN MEDINA