IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Martin Medina, | NO. C 06-06774 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANT COUNTRYWIDE'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Countrywide Home Loans, Inc., et al., | |
| Defendants. | |

To provide the parties with additional time for oral argument, the Court CONTINUES the hearing on Defendant Countrywide's Motion for Summary Judgment presently scheduled for May 5, 2008 to **Monday, May 12, 2008 at 9 a.m.**

Dated:  May 1, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jonathan Joseph Lamberson lamberson@fr.com
Mona Motwani monam@lawfoundation.org
Whitney Huston whitneyh@lawfoundation.org
James F. Zahradka, II jamesz@lawfoundation.org
Rajesh Bagga rab@fr.com
Jed P. White jed.white@bryancave.com
Robert E. Boone, III reboone@bryancave.com
Theodore Raymond Chavez theodorechavez@sbcglobal.net
John Stuart Perkins johnsperkins@sbcglobal.net

Carlos Aguinaga
1471 Richards Avenue
San Jose, Ca 95125
(408) 595-8048

Claudia Espino
1471 Richards Avenue
San Jose, Ca 95125
(408) 903-5638

**Dated:  May 1, 2008**                              **Richard W. Wieking, Clerk**

                                                     **By:  /s/JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California