**DENIED**
*James Ware*
Judge James Ware
5/9/2008

1  John M. Farrell (#99649/jfarrell@fr.com)
   Jonathan J. Lamberson (#239107/lamberson@fr.com)
2  Rajesh Baja (#248837/rab@fr.com)
   FISH & RICHARDSON P.C.
3  500 Arguello Street, Suite 500
   Redwood City, California 94063
4  Telephone: (650) 839-5070
   Facsimile:  (650) 839-5071
5
   Attorneys for Plaintiff
6  MARTIN MEDINA

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11 | MARTIN MEDINA,                              | Case No. C06-06774 JW (PVT)
12 |         Plaintiff,                          | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON COUNTRYWIDE'S SUMMARY JUDGMENT MOTION AND THE PRETRIAL CONFERENCE**
13 |    v.                                       |
14 | COUNTRYWIDE HOME LOANS, INC.,               |
   | CARLOS AGUINAGA, CRUZ REALTY                |
15 | GROUP, INC., CLAUDIA ESPINO,                |
   | WESTMORT CORP. dba WESTCOAST                |
16 | MORTGAGE, VALERIE TOUNG-VI                  |
   | NGUYEN, and DOES 1 TO 10, inclusive,        |
17 |                                             |
   |         Defendants.                         |
18

19

20     WHEREAS on May 1, 2008, the Court rescheduled the hearing on Defendant Countrywide

21 Home Loans, Inc. ("Countrywide") Motion for Summary Judgment from Monday, May 5, 2008,

22 to Monday, May 12, 2008;

23     WHEREAS lead counsel for Plaintiff Martin Medina is unavailable on that date;

24     WHEREAS, as a courtesy to Plaintiff's counsel, the parties therefore wish to continue the

25 hearing on Countrywide's Motion for Summary Judgment by one week, to May 19, 2008, or as

26 soon thereafter as may be heard by the Court;

27

28
                                            1
                JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE
                HEARING ON COUNTRYWIDE'S SUMMARY JUDGMENT MOTION
                                AND THE PRETRIAL CONFERENCE
                                TCase No. C06-06774 JW (PVT)

1  WHEREAS the Preliminary Pretrial Conference Statement is currently due on May 22, 2008, ten days before the Pretrial Conference currently scheduled for June 2, 2008;

WHEREAS the parties wish to avoid the burden of preparing the Pretrial Conference Statement the same week as the hearing on the Summary Judgment Motion;

WHEREAS the parties have never previously requested that the Court alter the date of the Pretrial Conference, which was set in a scheduling Order dated April 3, 2007;

WHEREAS lead counsel for Countrywide will be out of the country from June 26 through July 12, 2008; and

WHEREAS lead counsel for Defendants Nguyen and Westmort is unavailable the weeks of June 16 and June 23.

IT IS THEREFORE STIPULATED AND AGREED between the represented parties[1] as follows:

The hearing on Countrywide's Motion for Summary Judgment, currently scheduled for May 12, 2008, should be continued by one week, to May 19, 2008, or as soon thereafter as may be heard by the Court;

The Pretrial Conference, currently scheduled for June 2, 2008, should be continued by one week to June 9, 2008, or as soon thereafter as the Court's schedule permits;

The deadline to file the Preliminary Pretrial Conference Statement, currently due on May 22, 2008, should be continued by one week to May 29, 2008, or to 10 days before the date of the Pretrial Conference, whichever occurs later.

---

[1] Attorneys for Defendants Aguinaga and Espino were dismissed in Orders dated November 14, 2007. Attorney for Defendant Cruz Realty was dismissed in an Order dated December 7, 2007. A copy of this pleading has been served on the last known address of these defendants.

| | | |
|---|---|---|
| 1 | Dated: May 8, 2008 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By:  /s/ Jonathan J. Lamberson |
| 4 | | Jonathan J. Lamberson |
| 5 | | Attorneys for Plaintiff<br>MARTIN MEDINA |
| 6 | | |
| 7 | | |
| 8 | Dated: May 8, 2008 | BRYAN CAVE LLP |
| 9 | | |
| 10 | | By:  /s/ Robert E. Boone III |
| 11 | | Robert E. Boone III |
| 12 | | Attorneys for Defendant<br>COUNTRYWIDE HOME LOANS, INC. |
| 13 | | |
| 14 | | |
| 15 | Dated: May 8, 2008 | LAW OFFICES OF JOHN PERKINS |
| 16 | | |
| 17 | | By:  /s/ John S. Perkins |
| 18 | | John S. Perkins |
| 19 | | Attorneys for Defendants<br>WESTMORT CORP. dba WESTCOAST MORTGAGE, and VALERIE TOUNG-VI NGUYEN |
| 20 | | |
| 21 | | |
| ... | | |
| 28 | | |

# ~~PROPOSED~~ ORDER

The Court DENIES the parties' stipulation to continue the hearing on Countrywide's Motion for Summary Judgment.  The hearing remains scheduled for May 12, 2008 at 9:00 AM.  If lead counsel is unavailable due to scheduling conflicts to argue the motion, counsel may arrange for respective co-counsel to argue the motion.

The Preliminary Pretrial Conference also remains on calendar as scheduled for June 2, 2008 at 11:00 AM.

Dated:  May 9, 2008

*James Ware*
The Honorable James Ware
United States District Court

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained by each of the signatories.

Dated: May 8, 2008                              FISH & RICHARDSON P.C.


                                                By:   /s/ Jonathan J. Lamberson
                                                      Jonathan J. Lamberson

                                                Attorneys for Plaintiff
                                                MARTIN MEDINA

# PROOF OF SERVICE

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On May 8, 2008, I caused a copy of the following document(s):

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON COUNTRYWIDE'S SUMMARY JUDGMENT MOTION AND THE PRETRIAL CONFERENCE

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Robert E. Boone III<br>Jed P. White<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA  90401<br>Telephone:  (310) 576-2385<br>Facsimile:  (310) 576-2200 | Attorneys for Defendant<br>Countrywide Home Loans, Inc. |
| Theodore R. Chavez<br>Law Offices of Theodore R. Chavez<br>1501 The Alameda<br>San Jose, CA 95126<br>Telephone:  (408) 993-1679<br>Facsimile:  (408) 267-4535 | Attorneys for Defendant<br>Cruz Realty Group, Inc. |
| John S. Perkins<br>Law Offices of John S. Perkins<br>75 E. Santa Clara Street, Suite 1400<br>San Jose, CA 95113<br>Telephone:  (408) 286-2700<br>Facsimile:  (408) 947-4333 | Attorneys for Defendant<br>Valerie Toung-Vi Nguyen and Westmort Corp. dba Westcoast Mortgage |
| Claudia Espino<br>1471 Richards Avenue<br>San Jose, CA 95125<br>Telephone:  (408) 903-5638<br>Facsimile: | In Pro Per Defendant<br>Claudia Espino |
| Carlos Aguinaga<br>1471 Richards Ave.<br>San Jose, CA 95125<br>Telephone:  (408) 595-8048<br>Facsimile: | In Pro Per Defendant<br>Carlos Aguinaga |

| | | |
|---|---|---|
| ☐ | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| ☐ | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| ☐ | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above.  Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| ☐ | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| ☐ | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
| ☐ | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct.  Executed on May 8, 2008, at Redwood City, California.

                                            Jonathan J. Lamberson

50482998.DOC