John M. Farrell (#99649/jfarrell@fr.com)
Jonathan J. Lamberson (#239107/lamberson@fr.com)
Rajesh Bagga (#248837/rab@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
MARTIN MEDINA

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN MEDINA,<br><br>       Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., CARLOS AGUINAGA, CRUZ REALTY GROUP, INC., CLAUDIA ESPINO, WESTMORT CORP. dba WESTCOAST MORTGAGE, VALERIE TOUNG-VI NGUYEN, and DOES 1 TO 10, inclusive,<br><br>       Defendants. | Case No. C06-06774 JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT DATES |

On August 27, 2008, the Court entered an Order requiring the parties to file a stipulated dismissal on or before October 31, 2008, and setting an Order to Show Cause re Settlement for November 10, 2008 at 9:00 AM.

Plaintiff Martin Medina ("Medina") and Defendant Countrywide Home Loans, Inc. ("Countrywide") have finalized the terms of a settlement agreement, Countrywide has executed that agreement, and both parties expect to finalize the agreement in the next few weeks. The parties request a one month extension of the date to file a stipulated dismissal, to November 28, 2008, in order to finalize the settlement. The parties also request that the Court set a hearing on

1

the Order to Show Cause re Settlement on December 8, 2008, or as soon thereafter as the Court's schedule permits.[1]

### DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Bryan Cave LLP.

Dated: October 31, 2008                FISH & RICHARDSON P.C.


                                       By: /s/ Jonathan J. Lamberson
                                           Jonathan J. Lamberson
                                       Attorneys for Plaintiff
                                       MARTIN MEDINA

Dated: October 31, 2008                BRYAN CAVE LLP


                                       By: /s/ Jed P. White
                                           Robert E. Boone III
                                           Jed P. White
                                       Attorneys for Defendant
                                       COUNTRYWIDE HOME LOANS, INC.

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** The Court sets an Order to Show Cause re Settlement for **December 15, 2008 at 9 a.m.** The parties are to file a stipulated dismissal on or before November 28, 2008.

Dated: November 5, 2008                _____
                                       Honorable James Ware
                                       United States District Judge

---

[1] Medina is also attempting to finalize his settlement with Defendants Westcoast Mortgage and Valerie Toung-Vi Nguyen, but these Defendants have not furnished payment pursuant to the terms of the agreement. Medina may file a motion to enforce the settlement agreement with these parties if this issue is not resolved.

2