BRYAN CAVE LLP
ROBERT E. BOONE III (#132780/reboone@bryancave.com)
JED P. WHITE (#232339/jed.white@bryancave.com)
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:    (310) 576-2100
Facsimile:      (310) 576-2200

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

**GRANTED**
*Judge James Ware*
12/3/2008

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| MARTIN MEDINA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTRYWIDE HOME LOANS, INC., CARLOS AGUINAGA, CRUZ REALTY GROUP INC., CLAUDIA ESPINO, WESTMORT CORP. dba WESTCOAST MORTGAGE, VALERIA TOUNG-VI NGUYEN, and DOES 1 to 10, inclusive,<br><br>　　　　　　　Defendants.<br>AND RELATED CROSS-ACTIONS | Case No. C06-06774 JW (PVT)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTRYWIDE HOME LOANS, INC. AND ORDER THEREON**<br><br>**[FRCP 41(a)]**<br><br>The Honorable James Ware |

1   IT IS HEREBY STIPULATED by and between Plaintiff Martin Medina ("Medina"),
2   on the one hand, and Defendant Countrywide Home Loans, Inc. ("CHL"), on the other hand,
3   through their attorneys of record herein, that pursuant to the settlement agreement reached
4   between the parties the above-entitled action, including Medina's Second Amended
5   Complaint filed on December 10, 2007, shall be and is dismissed with prejudice as to CHL
6   pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that Medina and CHL
7   shall bear their own respective fees and costs.

Dated:  November 26, 2008

**BRYAN CAVE LLP**
Robert E. Boone III
Jed P. White

By:
    */s/ Jed P. White*
    Jed P. White

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

Dated:  November 26, 2008

**FISH & RICHARDSON P.C.**
Jonathan Lamberson

By:
    */s/ Jonathan Lamberson*
    Jonathan Lamberson

Attorneys for Plaintiff
MARTIN MEDINA

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Defendant Countrywide Home Loans, Inc. is HEREBY DISMISSED WITH PREJUDICE pursuant to FRCP 41(a). The Order to Show Cause hearing set for December 15, 2008 is VACATED in light of the Court's Order on December 9, 2008 (Docket Item No. 191).

Date: December 10, 2008            By: *James Ware*
    HONORABLE JAMES WARE
    United States District Court Judge

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. I am employed at 120 Broadway, Suite 300, Santa Monica, CA 90401.

On November 26, 2008, I served the foregoing document, described as **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTRYWIDE HOME LOANS, INC. AND ORDER THEREON,** on each interested party in this action, as follows:

☒ **VIA ELECTRONIC SERVICE** The document was served via The United States District Court –Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

I served the above-referenced document upon the following individuals as indicated below:

Carlos Aguinaga
1471 Richards Avenue
San Jose, CA 95125

Claudia Espino
1471 Richards Avenue
San Jose, CA 95125

Rajesh Baja
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

☒ **(BY MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on **November 26, 2008**, at Santa Monica, California.

☒ **(FEDERAL ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Tanisha Abrams*
Tanisha Abrams