John M. Farrell (#99649/jfarrell@fr.com)
Jonathan J. Lamberson (#239107/lamberson@fr.com)
Rajesh Bagga (#248837/rab@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
MARTIN MEDINA

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN MEDINA,<br><br>               Plaintiff,<br><br>     v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br>CARLOS AGUINAGA, CRUZ REALTY<br>GROUP, INC., CLAUDIA ESPINO,<br>WESTMORT CORP. dba WESTCOAST<br>MORTGAGE, VALERIE TOUNG-VI<br>NGUYEN, and DOES 1 TO 10, inclusive,<br><br>               Defendants. | Case No. C06-06774 JW (PVT)<br><br>**STIPULATION AND [proposed]<br>ORDER FOR DISMISSAL WITH<br>PREJUDICE OF DEFENDANTS<br>WESTMORT CORP. AND VALERIE<br>TOUNG-VI NGUYEN PURSUANT TO<br>F.R.C.P. 41(a)** |

Pursuant to the settlement agreement reached between Plaintiff Martin Medina ("Medina")
and Defendants Westmort Corp. d.b.a. Westcoast Mortgage ("Westmort") and Valerie Toung-Vi
Nguyen ("Nguyen"), IT IS HEREBY STIPULATED AND AGREED between the parties that the
above entitled action should be DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P.
41(a).  Medina, Westmort, and Nguyen shall bear their own respective fees and costs.[1]

---

[1]   All other Defendants in this action were dismissed in Orders dated December 9th & 10th,
2008.  (*See* Docket Nos. 191 & 192).

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John S. Perkins.

Dated: January 20, 2009                    FISH & RICHARDSON P.C.


                                           By: /s/ Jonathan J. Lamberson
                                               Jonathan J. Lamberson

                                           Attorneys for Plaintiff
                                           MARTIN MEDINA

Dated: January 20, 2009                    LAW OFFICES OF JOHN S. PERKINS


                                           By: /s/ John S. Perkins
                                               John S. Perkins

                                           Attorneys for Defendants
                                           WESTMORT CORP. dba WESTCOAST
                                           MORTGAGE and VALERIE TOUNG-VI
                                           NGUYEN


**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** Defendants Westmort Corp. d.b.a. Westcoast Mortgage ("Westmort") and Valerie Toung-Vi Nguyen ("Nguyen") are HEREBY DISMISSED WITH PREJUDICE pursuant to FRCP 41(a).  The Status Conference set for February 2, 2009 is HEREBY VACATED in light of this Order.

The Clerk shall close this file.

Dated: _____January 28, 2009_____    _____
                                           Honorable James Ware
                                           United States District Judge

2